**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PHILIP CORWIN and LEIGH ANNE CORWIN

    Plaintiff(s),

vs.

ARMSCOR PRECISION INTERNATIONAL, et al.

    Defendant(s).

Case #2:12-cv-00268-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

    _____Brian J. Amick_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Monsees, Miller, Mayer, Presley & Amick, P.C._____
(firm name)

with offices at _____4717 Grand Avenue, Suite 820_____,
                   (street address)

_____Kansas City_____, _____Missouri_____, _____64112_____,
    (city)                  (state)           (zip code)

_____(816) 361-5550_____, _____bamick@mmmpaLaw.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Philip Corwin and Leigh Anne Corwin_____ to provide legal representation in connection with
            [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since <u>October 1, 1993</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>   Missouri   </u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see admission information included in Exhibit "C", attached hereto. | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

There have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations:

> Missouri Bar Association
> Kansas Bar Association
> Kansas City Metropolitan Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Missouri___ )
COUNTY OF ___Jackson___ )

___Brian J. Amick___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

30th day of March, 2012.

___Abby N. Matteo___
Notary Public or Clerk of Court

ABBY N. MATTEO
My Commission Expires
January 26, 2013
Cass County
Commission #09652412

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Lawrence J. Smith___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___7408 W. Sahara Avenue___
(street address)

___Las Vegas___, ___Nevada___, ___89117___
(city)                    (state)              (zip code)

___(702) 228-2600___, ___lawre3@bensonlawyers.com___
(area code + telephone number)    (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Lawrence J. Smith_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6506                    lawre3@bensonlawyers.com
Bar number              Email address

APPROVED:

Dated **April 11, 2012.**

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# EXHIBIT A

## The Supreme Court of Missouri



### Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/1/1993,

## Brian J. Amick

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 13th day of March 2012.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri

# EXHIBIT B

Case 2:12-cv-00268-JCM -GWF   Document 27   Filed 04/11/12   Page 8 of 11

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on _____ May 2, 1994 _____,

### BRIAN JOSEPH AMICK

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 12TH day of ____ March ____, 2012.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

# EXHIBIT C

| Court | Date Admitted | Bar Number |
|---|---|---|
| **State of Missouri** | | |
| State of Missouri | October 1, 1993 | 41646 |
| Missouri Court of Appeals – Western District | October 1, 1993 | 41646 |
| Supreme Court of Missouri | October 1, 1993 | 41646 |
| **Federal Courts of Missouri** | | |
| United States District Court for the Western District of Missouri | October 8, 1993 | 41646 |
| United States Court of Appeals for the Eighth Circuit | March 20, 1997 | 41646 |
| **State of Kansas** | | |
| State of Kansas | May 2, 1994 | 16424 |
| The Kansas Court of Appeals | May 2, 1994 | 16424 |
| The Kansas Supreme Court | May 2, 1994 | 16424 |
| **Federal Courts of Kansas** | | |
| United States District Court for the District of Kansas | May 2, 1994 | 16424 |
| **Pro Hac Vice Admissions** | | |
| U.S. District Court Eastern District of Missouri Case No. 4:06-cv-01571-RWS **(no longer an active case)** | 05/25/07 | Pro Hac Vice |
| State of South Carolina, County of Beaufort In the Court of Common Pleas Fourteenth Judicial Circuit Case No. 06-CP-07-3305 **(no longer an active case)** | 02/12/07 | Pro Hac Vice |